UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

  v.

RICHARD WEYENBERG and JUANITA WEYENBERG, A.K.A. WILLIE JUANITA WEYENBERG, EACH AS AN INDIVIDUAL AND AS TRUSTEE FOR THE WILLIE JUANITA WEYENBERG AND RICHARD BARTLETT WEYENBERG REVOCABLE TRUST DATED 1-21-2007; and DOES 1 to 50, inclusive,

    Defendants.

NO. CIV. S-10-625 LKK/DAD PS

O R D E R

On March 17, 2010, plaintiff Federal National Mortgage Association filed a complaint. In response, on April 13, 2010, defendant Richard Weyenberg filed a letter to the court indicating that he and his co-defendant wife, Juanita Weyenberg, are not currently represented by counsel and cannot afford to hire counsel. It appears that defendants will both proceed pro se.

For the foregoing reasons the court orders that, pursuant to

1

Eastern District of California Local Rule 302(c)(21), this case is REFERRED to Magistrate Judge Dale A. Drozd for all further pretrial proceedings.

    The court further VACATES the scheduling conference currently set for May 17, 2010 at 3:30 p.m.

    IT IS SO ORDERED.

    DATED: April 26, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2