IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

      Plaintiff,

  v.

RICHARD WEYENBERG, et al.,

      Defendants.
                                    /

No. CIV S-10-0625 LKK DAD PS

ORDER SETTING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE

      In response to plaintiff's complaint, defendant Richard Weyenberg filed a copy of a letter addressed to plaintiff's counsel. Defendant Richard Weyenberg indicated that he and his wife, co-defendant Juanita Weyenberg, are not represented by counsel and cannot afford to hire counsel. Defendant Richard Weyenberg subsequently filed a document that has been construed as an answer to plaintiff's complaint. By order filed April 26, 2010, United States District Judge Lawrence K. Karlton referred the case to the undersigned for all purposes encompassed by Local Rule 302(c)(21). The status conference previously set for May 17, 2010, has been vacated.

      Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

      1. A Status (Pretrial Scheduling) Conference is set for **Friday June 25, 2010, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Dale A. Drozd.

      2. Each party shall appear at the Status Conference by counsel or, if proceeding <u>in propria persona</u>, on his or her own behalf. A party may appear at the status conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 <u>no later than 48 hours before the Status (Pretrial Scheduling) Conference</u>.

      3. Plaintiff shall file and serve a status report on or before June 11, 2010. Defendants shall file and serve a status report on or before June 18, 2010. Each status report shall address all of the following topics:

      a.      Progress of service of process;

      b.      Possible joinder of additional parties;

      c.      Any expected or desired amendment of the pleadings;

      d.      Jurisdiction and venue;

      e.      Anticipated motions and the scheduling thereof;

      f.      Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

      g.      Future proceedings, including the setting of appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

      h.      Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

      i.      Whether the case is related to any other case, including matters in bankruptcy;

      j.      Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

      k.      Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

/////

l. Any other matters that may aid in the just and expeditious disposition of this action.

4. Defendants are informed that a party proceeding in propria persona may represent himself or herself but may not represent any other party who is proceeding in propria persona. Both defendants must participate in the status conference, and both defendants must sign any document filed in this action on behalf of the defendants. Defendants are cautioned that failure to file and serve a timely status report, failure to appear at the status conference, or any other failure to comply with a court order or applicable rule may result in an order imposing an appropriate sanction. See Local Rules 110 and 183.

DATED: April 27, 2010.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\FNMA0625.ossc2