IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

  v.

RICHARD WEYENBERG, et al.,

    Defendants.

No. CIV S-10-0625 LKK DAD PS

<u>ORDER VACATING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u>

       This case is set for a status conference on June 25, 2010. Plaintiff has filed a timely status report in which counsel states his intention to file an amended complaint with the opposing party's written consent or, if such consent cannot be obtained, to move for leave of court to file an amended complaint. The court finds it appropriate to vacate the June 25, 2010 status conference pending resolution of plaintiff's proposed joinder of an additional defendant. The status (pretrial scheduling) conference will be re-set at a later time.

       Good cause appearing, IT IS ORDERED that:

       1. The Status (Pretrial Scheduling) Conference set for June 25, 2010 before the undersigned is vacated;

       2. Defendants are relieved of the obligation to file a status report at the present time;

3. Plaintiff is granted twenty-one days to file either a first amended complaint with the opposing party's written consent or a noticed motion for leave of court to file a first amended complaint. If a motion is filed, all parties are advised that any party may appear telephonically at the hearing of the motion if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 <u>no later than 48 hours before the motion hearing date</u>; and

4. Defendants are reminded that a party proceeding <u>in propria persona</u> may represent himself or herself but may not represent any other party who is proceeding <u>in propria persona</u>. Thus, both defendants must appear, either telephonically or in person, at the hearing of any motion filed in this action.

DATED: June 15, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\FNMA0625.ord.sc.vac